

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

MiKayla Poteet, Appellant

No. 06-19-00071-CR     v.

The State of Texas, Appellee

Appeal from the 145th District Court of Nacogdoches County, Texas (Tr. Ct. No. F1522117). Memorandum Opinion delivered by Chief Justice Morriss, Justice Burgess and Justice Stevens participating.

      As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

      We note that the appellant, MiKayla Poteet, has adequately indicated her inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED AUGUST 19, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk